## RAY SHARPE v. STATE.

No. A-6058.   Opinion Filed Sept. 13, 1926.
(248 Pac. 1119.)

Rummons & Hughes, for plaintiff in error.

PER CURIAM. Ray Sharpe, plaintiff in error, filed his appeal from a judgment of conviction for violating the prohibitory liquor law on February 13, 1926. On July 8, 1926, he filed his motion to dismiss the appeal. Upon consideration of the showing made and the record before us, it appears that there is no merit in the appeal, and that the same should be and is hereby dismissed, with direction to the trial court to issue process to enforce its judgment rendered in that court.